LAURA E. DUFFY
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8266
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>$13,503.00 IN U.S. CURRENCY,<br><br>              Defendant. | Case No. **'15CV1184 L    JMA**<br><br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendant, $13,503.00 IN U.S. CURRENCY ("$13,503 in currency"), the United States of America alleges:

1.  This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355(a) and Title 31, United States Code, Sections 5317(c) and 5332(c), because the defendant $13,503 in currency constitutes property involved in a violation of Title 31, United States Code, Section 5332(a), bulk cash smuggling.

2.  Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendant $13,503 in currency was found in this district.

USAO: 2015V00181:BCS/ack

3.   On December 5, 2015 at approximately 6:59 a.m., in the Southern District of California, at the Port of Entry San Ysidro ("POE"), Irland Mariel Lopez Armenta ("Lopez Armenta") entered the United States from Mexico as the driver of a 2006 Mazda MPV mini-van bearing Baja California, Mexico license plates ("2006 Mazda MPV").

   A.   At the time Lopez Armenta entered the United States from Mexico at the POE, she had concealed within the 2006 Mazda MPV vehicle the defendant $13,503 in currency.

   B.   Lopez Armenta was accompanied by a single passenger, Viridiana Contreras Pasillas ("Contreras Pasillas"), an adult female.

4.   Driver Lopez Armenta and passenger Contreras Pasillas were greeted at the vehicle primary inspection position by U.S. Customs and Border Protection ("CBP") Officer Manabat.

   A.   Driver Lopez Armenta and passenger Contreras Pasillas presented to CBP Officer Manabat their respective DSP-150 immigration documents, thereby identifying themselves as citizens of Mexico.

   B.   Driver Lopez Armenta and passenger Contreras Pasillas gave CBP Officer Manabat their respective negative customs declarations, thereby affirmatively stating they were bringing nothing from Mexico.

   C.   Driver Lopez Armenta told CBP Officer Manabat the purpose of her journey into the United States
//

was to shop for unspecified items in Los Angeles, California.

  D. CBP Officer Manabat directed driver Lopez Armenta to declare the amount of currency in her possession.

  E. Driver Lopez Armenta told Officer Manabat she was carrying $6,000.00.

  F. Officer Manabat again asked driver Lopez Armenta to declare the amount of currency she was carrying.

  G. Driver Lopez Armenta amended her declaration, and told Officer Manabat she was carrying $7,000.00.

 5. CBP Officer Manabat asked driver Lopez Armenta whether she was the owner of the 2006 Mazda MPV in which she was traveling.

  A. Driver Lopez Armenta said she was the owner.

  B. Driver Lopez Armenta produced the Baja California, Mexico registration document for the 2006 Mazda MPV. Officer Manabat examined the document and noticed the name of the registered owner was not that of driver Lopez Armenta.

  C. Driver Lopez Armenta told Officer Manabat that the vehicle was registered under the name of her brother-in-law, but it belonged to Lopez Armenta.

  D. Officer Manabat directed driver Lopez Armenta to shift the transmission of the 2006 Mazda MPV into "park."

6. Officer Manabat conducted a cursory inspection of the interior spaces of the 2006 Mazda MPV. Officer Manabat noticed several bundles of United States currency in driver Lopez Armenta's purse.

    A. Officer Manabat again asked driver Lopez Armenta how much currency she was carrying.

    B. Lopez Armenta again amended her declaration and told the officer she was carrying $9,000.00.

    C. Officer Manabat asked passenger Contreras Pasillas how much currency she was carrying.

    D. Contreras Pasillas declared she was carrying $100.00 in U.S. currency and 100 Mexican pesos.

    E. Officer Manabat ordered driver Lopez Armenta and passenger Contreras Pasillas to proceed to the vehicle secondary area for a more thorough inspection.

7. Upon arrival in the vehicle secondary inspection area, driver Lopez Armenta and passenger Contreras Pasillas were greeted by CBP Officer Coble, and were directed to alight from the 2006 Mazda MPV.

    A. As Officer Coble escorted Lopez Armenta to the security office, Lopez Armenta told the officer she was carrying between $13,000.00 and $14,000.00 in U.S. currency.

8. Inside the security office, Lopez Armenta's purse was opened and its contents removed. Among the contents of Lopez Armenta's purse was a large amount of U.S. currency.

//

1      A.    In the security office, and in the presence of Lopez Armenta and Contreras Pasillas, CBP Officers Coble and Bridgewater counted the currency harvested from inside Lopez Armenta's purse.

       B.    CBP Officers Coble and Bridgewater determined Lopez Armenta's purse contained approximately $13,503.00 in U.S. currency.

       C.    The currency discovered concealed inside Lopez Armenta's purse is the defendant $13,503 in currency.

       D.    The defendant $13,503 in currency was made up of 452 bills, to wit: 51 $100.00 bills, 17 $50.00 bills, 376 $20.00 bills; 1 $10.00 bill, 4 $5.00 bills, and 3 $1.00 bills.

   9.  Homeland Security Investigations ("HSI") Agent Krall was summoned to the POE.  He arrived and took command of the investigation.

       A.    At approximately 12:36 p.m., Agent Krall and San Diego Police Department Officer Cesena, in the Spanish language, advised Lopez Armenta of her 5th Amendment rights to remain silent and to the assistance of legal counsel.

       B.    Lopez Armenta told Agent Krall and Officer Cesena that she understood her rights, would waive them, and would participate in an interview.

       C.    Lopez Armenta told Agent Krall and Officer Cesena she owned and operated a retail clothing store in Tijuana, Mexico.

      D.   Lopez Armenta stated she was traveling to Los Angeles, California to purchase apparel items for resale in her Tijuana store.

      E.   Lopez Armenta admitted that when she arrived at the POE that morning, she knew she was traveling with more than $10,000.00 in U.S. currency.

      F.   Lopez Armenta admitted that when she was asked to make a customs declaration regarding the amount of currency she was carrying, she intentionally misrepresented the amount in her possession.

      G.   Agent Krall examined the official U.S. government border crossing records for Lopez Armenta for the 6-month period leading up to December 5, 2014, the date of the seizure of the $13,503 in currency.

      H.   Lopez Armenta was a frequent border crosser. During that 6-month period, she entered the United States from Mexico approximately 26 times.

10. When Lopez Armenta entered the United States from Mexico she had concealed within her purse the defendant $13,503 in currency.

      A.   When asked at the POE by a uniformed CBP officer to make a currency declaration, Lopez Armenta knowingly failed to declare she was bringing into the United States more than $10,000 in U.S. currency, to wit: the defendant $13,503 in currency.

      B.   When Lopez Armenta entered the United States she knew that a report of the concealed defendant $13,503

//

1  in currency was required to be filed with the Secretary
2  of Treasury.
3          C. Lopez Armenta failed to declare the
4  concealed defendant $13,503 in currency for the purpose
5  of evading the report filing requirement.
6      11. The defendant $13,503.00 in U.S. currency
7  constitutes more than $10,000 in currency or monetary
8  instruments knowingly concealed in a conveyance, article
9  of luggage, or other container, and transported, or
10 attempted to be transported, into the United States from
11 a place outside thereof, to wit: the Republic of Mexico,
12 by a person with the intent to evade a currency reporting
13 requirement under Title 31, United States Code,
14 Section 5316, in violation of Title 31, United States
15 Code, Section 5332.
16     12. As a result of the foregoing, the defendant
17 $13,503.00 in U.S. currency is liable to condemnation and
18 to forfeiture to the United States for its use in
19 accordance with Title 31, United States Code,
20 Sections 5317(c) and 5332(c).
21     13. The defendant $13,503.00 in U.S. Currency is
22 presently deposited within the jurisdiction of
23 this Court.
24 //
25 //
26 //
27 //
28 //

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant $13,503.00 in U.S. Currency and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: May 28, 2015

>LAURA E. DUFFY
>United States Attorney
>
>s/ Bruce C. Smith
>BRUCE C. SMITH
>Assistant U.S. Attorney